# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

## CHARLESTON DIVISION

| | | |
|---|---|---|
| **PLAINTIFFS,** | ) | **MDL No.: 2873** |
| | ) | |
| **Plaintiffs**, | ) | |
| | ) | **Civil Action No.:** |
| v. | ) | |
| | ) | |
| **3M COMPANY** f/k/a Minnesota Mining and Manufacturing Company; **AGC CHEMICALS AMERICAS INC.**; **AMEREX CORPORATION**; **ARKEMA INC.**; **ARCHROMA U.S. INC.**; **BASF CORPORATION**; **BUCKEYE FIRE EQUIPMENT COMPANY**; **CARRIER GLOBAL CORPORATION**; **CHEMDESIGN PRODUCTS, INC**; **CHEMGUARD, INC.**; **CLARIANT CORPORATION**; **CORTEVA, INC.**; **DEEPWATER CHEMICALS, INC.**; **DUPONT DE NEMOURS INC.**, f/k/a **DOWDUPONT, INC.**; **DYNAX CORPORATION**; **E.I. DUPONT DE NEMOURS AND COMPANY,** individually and as successor in interest to DuPont Chemical Solutions Enterprise; **NATIONAL FOAM, INC.**; **THE CHEMOURS COMPANY,** individually and as successor in interest to DuPont Chemical Solutions Enterprise; **THE CHEMOURS COMPANY FC, LLC,** individually and as successor in interest to DuPont Chemical Solutions Enterprise; **TYCO FIRE PRODUCTS L.P.**; **UTC FIRE & SECURITY AMERICAS CORPORATION, INC.**, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Master Docket No.: 2:18-mn-2873**<br><br>**JUDGE RICHARD GERGEL**<br><br>**DIRECT FILED SHORT FORM COMPLAINT AND JURY DEMAND PURSUANT TO CASE MANAGEMENT ORDER NO. 35** |
| **Defendants.** | ) ) ) | |

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M Company f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC Chemicals Americas Inc. |
| Defendant 3 | Amerex Corporation |
| Defendant 4 | Arkema, Inc. |
| Defendant 5 | Archroma U.S., Inc. |
| Defendant 6 | BASF Corporation |
| Defendant 7 | Carrier Global Corporation |
| Defendant 8 | ChemDesign Products, Inc. |
| Defendant 9 | ChemGuard, Inc. |
| Defendant 10 | Clariant Corporation |
| Defendant 11 | Corteva, Inc. |
| Defendant 12 | DeepWater Chemicals, Inc. |
| Defendant 13 | DuPont De Nemours, Inc., f/k/a DowDuPont, Inc. |
| Defendant 14 | Dynax Corporation |
| Defendant 15 | E.I. DuPont De Nemours and Company, individually and as successor in interest to Dupont Chemical Solutions Enterprise |

| Defendant 16 | National Foam, Inc. |
|---|---|
| Defendant 17 | The Chemours Company, individually and as successor in interest to Dupont Chemical Solutions Enterprise |
| Defendant 18 | The Chemours Company FC, LLC, individually and successor in interest to DuPont Chemicals Solutions Enterprise |
| Defendant 19 | Tyco Fire Products, LP |
| Defendant 20 | UTC Fire & Security Americas Corporation, Inc. |
| Defendant 21 | |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction base on:

   a. __ Diversity

   b. ___ Federal Question

   c. _X_ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

   d. ___ Other: _____

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have otherwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

   a. Direct exposure to AFFF (i.e. use of handling of AFFF); and/or

   b. Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

   c. Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiff's Alleged Injuries**

7. Plaintiffs allege one or more of the following personal injuries as described in Exhibit A:

   a. Kidney Cancer

   b. Testicular Cancer

   c. Thyroid Disease

   d. Ulcerative Colitis

   e. Liver Cancer

   f. Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequala attributable to the injuries alleged above.

**Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

   Count I – Defective Design

   Count II – Failure to Warn

   Count III – Negligence

   Count IV – Negligence Per Se

   Count V – Trespass and Battery

   Count VI – Strict Product Liability

   Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability

   Count VIII – Concealment, Misrepresentation, and Fraud

   Count IX – Conspiracy

   Count X – Wrongful Death

      Count XI – Loss of Consortium

      <u>Other Causes of Action:</u>

      Count XII – Negligent, Intentional, Reckless Infliction of Emotional Distress

**<u>Jury Demand</u>**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Dated: September 2, 2025

Respectfully submitted,

Mark M. Abramowitz
Michael P. Trexler
**DiCELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
(440) 953-8888
mabramowitz@dicellolevitt.com
mtrexler@ dicellolevitt.com

*Counsel for Plaintiff*

| # | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name) | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thryoid cancer) | Causes of Action (please indicate via Count number (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | John Meinrad | 1/21/1966 | Florida | Middle District of Florida | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2 | Lonnie Young | 2/6/1979 | Kentucky | Eastern District of Kentucky | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 3 | Shelley King | | | | | | | | XI |
| 4 | Lydia Martinez | 4/1/1956 | California | Eastern District of California | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 5 | Lynn Young | 12/21/1950 | Pennsylvania | Western District of Pennsylvania | Yes | No | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 6 | Marcus Allen | 12/27/1956 | Texas | Northern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7 | Marcus Baker | 11/5/1979 | North Carolina | Eastern District of North Carolina | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 8 | Margarita Peggy Noriega | 6/25/1953 | Texas | Western District of Texas | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 9 | Antonio Noriega | | | | | | | | XI |
| 10 | Mario Morales | 7/16/1958 | Florida | Middle District of Florida | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 11 | Maria Morales | | | | | | | | XI |
| 12 | Mark Dean Dobbs | 2/9/1952 | Oklahoma | Western District of Oklahoma | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 13 | Mark Madara | 12/6/1956 | Pennsylvania | Middle District of Pennsylvania | Yes | No | No | Kidney Cancer, Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14 | Mark Pranger | 5/5/1959 | Michigan | Western District of Michigan | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 15 | Mark Twilleager | 2/21/1981 | Texas | Western District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 16 | Marshall Demail Bradley | 7/25/1972 | North Carolina | Western District of North Carolina | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 17 | Al'Jandra Bradley | | | | | | | | XI |
| 18 | Marshall R. Hadley | 9/1/1959 | Kentucky | Western District of Kentucky | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 19 | Martin D Davila | 11/11/1961 | Texas | Western District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 20 | Rita Cecilia Davila | | | | | | | | XI |
| 21 | Marvin Theodor Williams | 12/14/1963 | Alabama | Northern District of Alabama | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 22 | Mary Strauss | 4/21/1965 | Ohio | Northern District of Ohio | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 23 | Matthew Accordino | 8/11/1968 | North Carolina | Eastern District of North Carolina | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 24 | Matthew Bills | 8/14/1971 | Wisconsin | Western District of Wisconsin | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 25 | Janet Bills | | | | | | | | XI |
| 26 | Matthew Bourbon | 8/27/1976 | Ohio | Northern District of Ohio | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 27 | Matthew Edgman | 3/23/1972 | Alabama | Southern District of Alabama | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28 | Matthew Halisky | 7/20/1975 | Florida | Middle District of Florida | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 29 | Matthew Mitchell | 8/1/1974 | Michigan | Eastern District of Michigan | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30 | Matthew Parsons | 7/14/1979 | Florida | Northern District of Florida | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 31 | Rachele Parsons | | | | | | | | XI |
| 32 | Matthew Pucci | 9/1/1962 | Florida | Middle District of Florida | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 33 | Maurice Odom Jr. | 4/29/1960 | Texas | Eastern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 34 | Michael Anthony Angerstein | 3/5/1984 | Texas | Southern District of Texas | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 35 | Michael Armstrong | 5/23/1961 | Georgia | Middle District of Georgia | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 36 | April Jeanene Armstrong | | | | | | | | XI |
| 37 | Michael B. Kennedy | 1/7/1970 | Oklahoma | Northern District of Oklahoma | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38 | Amanda Kennedy | | | | | | | | XI |
| 39 | Michael Ball | 1/11/1976 | New York | Northern District of New York | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 40 | Michelle Ball | | | | | | | | XI |
| 41 | Michael Buxton | 1/17/1977 | Ohio | Northern District of Ohio | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42 | Michael Carlton Baird | 8/24/1971 | Pennsylvania | Eastern District of Pennsylvania | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 43 | Catherine Poderis | | | | | | | | XI |
| 44 | Michael Cline | 4/24/1991 | Alabama | Middle District of Alabama | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 45 | Michael David Oppliger | 8/1/1947 | Texas | Southern District of Texas | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 46 | Donna Oppliger | | | | | | | | XI |
| 47 | Michael Edwards Sr | 10/4/1946 | Texas | Western District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 48 | Michael Hendrick | 12/19/1972 | Alabama | Middle District of Alabama | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49 | Sharron Hendrick | | | | | | | | XI |
| 50 | Michael James Phelps | 12/4/1951 | Iowa | Southern District of Iowa | Yes | No | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| # | Name | DOB | State | District | Col5 | Col6 | Col7 | Diagnosis | Codes |
|---|---|---|---|---|---|---|---|---|---|
| 51 | Michael Opalinski | | | | | | | | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 52 | Karen Opalinski | 3/29/1958 | Pennsylvania | Western District of Pennsylvania | Yes | Yes | No | Thyroid Cancer | XI |
| 53 | Michael Patrick | 7/20/1955 | Oklahoma | Northern District of Oklahoma | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54 | Michael Patterson | 2/25/1959 | Texas | Eastern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55 | Michael Richard Robinson | 8/20/1965 | Minnesota | District of Minnesota | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 56 | Michael Sherman | 4/6/1964 | Texas | Southern District of Texas | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 57 | Lori Sherman | | | | | | | | XI |
| 58 | Michael Stolowski | 10/24/1943 | Ohio | Northern District of Ohio | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 59 | Michael Todd Frith | 1/1/1965 | Alabama | Middle District of Alabama | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 60 | Aimee Frith | | | | | | | | XI |
| 61 | Michael Wallace Vann | 12/12/1957 | Texas | Western District of Texas | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 62 | Michelle Rusyniak | 3/10/1976 | Ohio | Southern District of Ohio | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63 | Miguel Lopez | 9/10/1975 | Texas | Eastern District of Texas | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64 | Milton Grisham | 9/17/1956 | North Carolina | Western District of North Carolina | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 65 | Monty Lott | 1/11/1959 | Texas | Eastern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66 | Nakisha Laniece Bryant | 4/30/1988 | Texas | Northern District of Texas | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67 | Hakim Cardwell | | | | | | | | XI |
| 68 | Neil Edward Rouse | 7/31/1943 | Alabama | Southern District of Alabama | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 69 | Nicholas Madigan | 2/20/1949 | New Jersey | District of New Jersey | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 70 | Nicholas McGlasson | 10/1/1986 | Oklahoma | Northern District of Oklahoma | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 71 | Nigel Duncanson | 11/16/1962 | Florida | Middle District of Florida | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72 | Maria Duncanson | | | | | | | | XI |
| 73 | Nikko Suzette Smith | 5/5/1975 | Florida | Northern District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74 | Michael Smith | | | | | | | | XI |
| 75 | Oliver Stephan Jackson | 9/1/1970 | Indiana | Southern District of Indiana | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76 | Ollie James Estell | 4/5/1974 | North Carolina | Eastern District of North Carolina | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 77 | Oscar Jones | 3/3/1965 | Louisiana | Western District of Louisiana | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 78 | Owen Glenn | 10/15/1964 | New York | Western District of New York | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 79 | Patricia Collins | 12/1/1955 | Louisiana | Eastern District of Louisiana | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 80 | Patrick Johnson | 2/18/1966 | Texas | Eastern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 81 | Patrick Lynch | 2/27/1964 | Pennsylvania | Western District of Pennsylvania | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 82 | Sherri Lynch | | | | | | | | XI |
| 83 | Patrick Steven Reed | 5/5/1959 | Florida | Northern District of Florida | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84 | Rosemary Ann Clemmo Reed | | | | | | | | XI |
| 85 | Paul Allen Laine | 1/10/1948 | Michigan | Western District of Michigan | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 86 | Sandra Laine | | | | | | | | XI |
| 87 | Paul Deem Jr. | 7/29/1965 | Indiana | Southern District of Indiana | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88 | Paul John Lucas | 7/19/1961 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 89 | Paul Lantz | 9/16/1953 | Pennsylvania | Middle District of Pennsylvania | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 90 | Paul Reagan Deaton | 11/18/1957 | Texas | Southern District of Texas | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91 | Barbara Deaton | | | | | | | | XI |
| 92 | Paul Szklenka | 7/23/1968 | New York | Northern District of New York | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 93 | Paul W Darrow | 7/19/1952 | Tennessee | Eastern District of Tennessee | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 94 | Peter Hermansen | 8/21/1969 | New York | Eastern District of New York | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 95 | Phillip A. Cedillo | 11/22/1958 | Colorado | District of Colorado | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 96 | Phillip Cook | 1/23/1954 | Wisconsin | Eastern District of Wisconsin | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 97 | Mary Ellen Boulanger | | | | | | | | XI |
| 98 | Phillip Eugene Bush | 7/24/1981 | Colorado | District of Colorado | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 99 | Phillip Friend | 9/16/1965 | Wisconsin | Western District of Wisconsin | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 100 | Phillip Sterling | 3/16/1949 | Texas | Northern District of Texas | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 101 | Quincy Sheldon Jackson | 5/25/1975 | Florida | Middle District of Florida | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 102 | Nicole Jackson | | | | | | | | XI |
| 103 | Rahkeem Millington | 10/12/1991 | Texas | Southern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 104 | Ralph Lewis | 5/27/1955 | Michigan | Eastern District of Michigan | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 105 | Ramon Arciniega | 3/25/1967 | Texas | Western District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 106 | Randy Gear | 12/23/1960 | North Carolina | Middle District of North Carolina | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 107 | Randy John Bierbaum | 7/23/1958 | Arizona | District of Arizona | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 108 | Cynthya (Cindie) Ann Bierbaum | | | | | | | | XI |
| 109 | Raymond Dewayne Hatten | 9/7/1966 | Florida | Middle District of Florida | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| # | Name | DOB | State | District | | | | Disease | |
|---|---|---|---|---|---|---|---|---|---|
| 110 | Raymond Lemieux | 4/30/1964 | North Carolina | Eastern District of North Carolina | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 111 | Rebecca Phelps | 7/26/1978 | Kentucky | Western District of Kentucky | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 112 | Rebecca Ramirez | 7/24/1973 | Texas | Western District of Texas | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 113 | Reinaldo Galindez | 6/1/1962 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 114 | Sandra Galindez | | | | | | | | XI |
| 115 | Renato Pinto | 12/16/1981 | Florida | Middle District of Florida | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 116 | Reuben Phillips | 1/28/1975 | Wisconsin | Eastern District of Wisconsin | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 117 | Rhoden Canlas | 5/8/1976 | California | Central District of California | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 118 | Rhonda Louise Ward | 3/10/1961 | Louisiana | Western District of Louisiana | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 119 | Ricardo Cantu | 1/4/1973 | California | Northern District of California | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 120 | Ricardo Vasquez | 3/7/1967 | Texas | Western District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 121 | Richard Alan Faulk | 12/1/1951 | North Carolina | Eastern District of North Carolina | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 122 | Clara M Faulk | | | | | | | | XI |
| 123 | Richard Alvin Gatzmer | 12/3/1963 | Kentucky | Eastern District of Kentucky | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 124 | Angela Gatzmer | | | | | | | | XI |
| 125 | Richard Daubner Jr. | 6/6/1964 | Pennsylvania | Western District of Pennsylvania | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 126 | Richard Earl Van Tassell III | 3/27/1990 | Mississippi | Northern District of Mississippi | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 127 | Richard Heck | 10/2/1963 | Oklahoma | Eastern District of Oklahoma | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 128 | Senna Heck | | | | | | | | XI |
| 129 | Richard Johnson | 8/14/1968 | Texas | Northern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 130 | Richard Johnson | 4/19/1956 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 131 | Richard Lawrence Provost | 6/8/1945 | Massachusetts | District of Massachusetts | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 132 | Deirdre M Provost | | | | | | | | XI |
| 133 | Richard Leonard Smith | 8/22/1951 | Texas | Western District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 134 | Richard Rojon | 9/27/1969 | Pennsylvania | Western District of Pennsylvania | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 135 | Lainee Rojon | | | | | | | | XI |
| 136 | Richard Schaut Jr | 5/31/1962 | Michigan | Western District of Michigan | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 137 | Richard Todd Summerlin | 11/17/1972 | North Carolina | Middle District of North Carolina | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 138 | Richard Wayne Castro | 7/10/1962 | California | Eastern District of California | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 139 | Deborah Castro | | | | | | | | XI |
| 140 | Richard Wayne Glover | 2/27/1973 | North Carolina | Western District of North Carolina | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 141 | Tamara Glover | | | | | | | | XI |
| 142 | Ricky Ray | 6/17/1951 | Michigan | Western District of Michigan | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 143 | Ricky Weems | 4/23/1954 | Alabama | Northern District of Alabama | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 144 | Sherry Lynn Weems | | | | | | | | XI |
| 145 | Rita Stearns | 7/19/1988 | Texas | Western District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 146 | Robert Anthony Reynolds | 8/24/1968 | Arizona | District of Arizona | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 147 | Robert B. Fast Jr. | 7/1/1963 | Florida | Northern District of Florida | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 148 | Linda Fast | | | | | | | | XI |
| 149 | Robert Conard | 7/20/1956 | Michigan | Western District of Michigan | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 150 | Robert Crane | 3/14/1951 | Massachusetts | District of Massachusetts | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |